NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS C. SMITH,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2015-3065

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-12-0506-I-2.

---

**JUDGMENT**

---

DENNIS L. FRIEDMAN, Philadelphia, PA, argued for petitioner.

ALBERT S. IAROSSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by FRANKLIN E. WHITE, JR., ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 8, 2016                    /s/ Daniel E. O'Toole
Date                                   Daniel E. O'Toole
                                          Clerk of Court